

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

Defendant: **Tote Maritime Alaska, LLC fdba Totem Ocean Trailer Express**
Bankruptcy Case: **Bed Bath & Beyond Inc.**
Preference Period: **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000880842/B | 11/30/2022 | $238.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000875133/A | 11/1/2022 | $343.29 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000884064/D | 12/29/2022 | $238.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000884064/B | 12/15/2022 | $238.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000884064/A | 12/9/2022 | $102.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000884064 | 11/19/2022 | $4,598.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000882105/C | 12/15/2022 | $238.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000882105/B | 12/9/2022 | $238.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000882105/A | 11/30/2022 | $170.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000882105 | 11/30/2022 | $170.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000884064/F | 1/10/2023 | $68.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000880842/C | 12/9/2022 | $238.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000884951 | 11/24/2022 | $4,598.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000880842/A | 11/23/2022 | $102.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000880842 | 11/5/2022 | $4,598.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000880262/D | 12/9/2022 | $136.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000880262/C | 11/30/2022 | $238.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000880262/A | 11/23/2022 | $170.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000880262 | 11/3/2022 | $4,598.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000879091/C | 11/30/2022 | $102.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000879091/B | 11/23/2022 | $238.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000878845/C | 11/23/2022 | $68.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000880842/D | 12/15/2022 | $170.00 |

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000889889/A | 1/5/2023 | $170.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113725 | $7,576.36 | 4/19/2023 | VSEA000907961 | 3/9/2023 | $7,305.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113278 | $10,926.69 | 3/16/2023 | VSEA000902618 | 2/15/2023 | $1,349.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113278 | $10,926.69 | 3/16/2023 | VSEA000900183 | 2/24/2023 | $337.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113278 | $10,926.69 | 3/16/2023 | VSEA000897217 | 1/19/2023 | $4,438.52 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113278 | $10,926.69 | 3/16/2023 | VSEA000893275/A | 1/27/2023 | $63.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113278 | $10,926.69 | 3/16/2023 | VSEA000889889/C | 1/18/2023 | $204.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113278 | $10,926.69 | 3/16/2023 | VSEA000869031 | 9/22/2022 | $4,534.47 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000896126 | 1/12/2023 | $4,598.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000893275 | 12/29/2022 | $4,598.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000884064/E | 1/5/2023 | $238.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000889889/B | 1/10/2023 | $238.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113725 | $7,576.36 | 4/19/2023 | VSEA000907961/A | 3/20/2023 | $271.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000889889 | 12/15/2022 | $4,598.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000887547/D | 1/10/2023 | $136.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000887547/C | 1/5/2023 | $238.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000887547/B | 12/29/2022 | $238.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000887547 | 12/3/2022 | $4,598.64 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000884951/E | 1/5/2023 | $136.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000884951/D | 12/29/2022 | $238.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000884951/C | 12/27/2022 | $690.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000884951/A | 12/15/2022 | $170.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112605 | $43,125.00 | 2/17/2023 | VSEA000892125 | 12/29/2022 | $338.09 |

**Totals:** **3 transfer(s), $61,628.05**